

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00438-CV

**IN RE** Luis and Olga **ORTIZ**

Original Mandamus Proceeding[1]

### ORDER

On September 8, 2020, relators filed a petition for writ of mandamus and a motion for emergency temporary relief. On September 15, 2020, this court requested responses from respondent and the real parties in interest, stayed all underlying proceedings, and ordered the return of the child to relators. The respondent and the parents both filed responses.

After considering the petition, the responses, and the record, the petition for writ of mandamus is DENIED. The portion of this court's September 15, 2020 order staying all underlying proceedings is LIFTED. The portion of this court's September 15, 2020 order directing the return of the child to relators remains in place pending further orders of the trial court in the underlying proceedings.

It is so **ORDERED** on October 28, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-0099-CI, styled *Ex parte J.E.N., a Child*, pending in the 63rd Judicial District Court, Val Verde County, Texas. The Honorable Enrique Fernandez signed the order at issue in this original proceeding.